UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RODERICK TURNER,

Plaintiff,

v.                6:11-cv-16

UNITED STATES OF AMERICA,

Defendant.

This 23rd day of May 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

This Court dismissed Turner's 28 U.S.C. § 2255 motion on March 24, 2011. *See* Doc. 4. On April 2, 2011, Turner filed a motion for reconsideration "because he legally feels that the Honorable Court erred in it's [sic] order and decision." *See* Doc. 7. Before the Court ruled, however, Turner appealed the same dismissal to the Eleventh Circuit. *See* Doc. 8. Turner's appeal divested this Court of jurisdiction to decide his motion for reconsideration. *See United States v. Reed*, 404 F. App'x 464, 465 (11th Cir. 2010) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

Turner's motion for reconsideration, *see* Doc. 7, is ***DISMISSED***.